UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                        NO. CR. S-93-251 LKK

      Respondent,

  v.                                         O R D E R

PAUL JEMERIGBE,

      Movant.
_____/

    The court is in receipt of the defendant's request for a copy of his transcript for the purposes of filing a direct appeal. On direct appeal, an appellant proceeding in forma pauperis is entitled to a copy of his transcript at the expense of the United States upon a showing that his appeal is not frivolous but presents a substantial question. 28 U.S.C. § 753(f). When appealing the denial of an action brought under 28 U.S.C. § 2255, an appellant proceeding in forma pauperis is also entitled to a copy of his transcript at the expense of the United States upon a showing that his appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal. Id. Here, the

defendant appears not to have an appeal pending before the Court of Appeals, as the docket shows that his direct appeal was denied by the Court of Appeals on September 28, 1995 and his certificate of appealability for his writ of habeas corpus was denied by the Court of Appeals on February 16, 2000. His request for a transcript at the expense of the United States is therefore DENIED.

IT IS SO ORDERED.

DATED: December 13, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2