UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAUL E. JEMERIGBE,

        Petitioner,

   v.

UNITED STATES OF AMERICA,

        Respondent.

NO. CR. S-93-251 LKK

O R D E R

The court is in receipt of what appears to be a petition under 28 U.S.C. § 2255.  It is DENIED as incoherent.

IT IS SO ORDERED.

DATED: April 30, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT