UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAUL E. JEMERIGBE,

        Petitioner,

   v.

UNITED STATES OF AMERICA,

        Respondent.
_____/

NO. CR. S-93-251 LKK

<u>O R D E R</u>

    For the second time the court has received a petition which is incoherent. The Petition is DENIED.

    IT IS SO ORDERED.

    DATED: July 5, 2012.

*[Signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT